In the Matter of the Petition of MORTIMER J. REDMOND to Prove the Last Will and Testament of ANNIE HUGHES, Deceased. SISTERS OF THE POOR OF ST. FRANCIS (ST. ANTHONY'S HOSPITAL) and Another, Appellants; MARY C. HEFFERNAN and Others, Respondents.— Appeal by the contestants, Sisters of the Poor of St. Francis (St. Anthony's Hospital) and Marcella Carr, from a decree of the Surrogate's Court, Kings county, filed April 6, 1934, admitting to probate as the last will and testament of Annie Hughes, deceased, a paper writing dated October 23, 1933, upon a directed verdict. Decree of the Surrogate's Court of Kings county affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Lazansky, P. J., Carswell and Johnston, JJ., concur; Young and Scudder, JJ., dissent, being of the opinion that the question of undue influence should have been submitted to the jury.

In the Matter of Supplementary Proceedings: VINCENT O'CONNELL (2), Judgment Creditor, Appellant, v. CITY OF LONG BEACH, Judgment Debtor, Respondent.— Order denying petitioner's motion to compel the treasurer of the city of Long Beach to pay petitioner's judgments out of the unexpended balance or surplus money on hand at the expiration of its fiscal year, November 30, 1934, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.